[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10277

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MATTHIAS JACOB EDWARD MANN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 5:22-cr-00010-LCB-HNJ-1

_____

2                          Opinion of the Court                      23-10277

Before JORDAN, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

William Bradford, appointed counsel for Matthias Mann in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Mann has filed a *pro se* response in which he requests the appointment of new counsel.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, Mann's motion for the appointment of new counsel is DENIED, and Mann's convictions and sentences are AFFIRMED.